# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

Percy Howard

_____
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v.

Antonio Santiago (Director of Security)

L.t. Russell

Christine Whidden (Director of Security)

C/O Payne

Hearing officer Acevedo

John Aldi (SRG Coordinator)

All defendants are being sued to or in their individual capacities
Defendant(s).
(Full name(s) and capacity, <u>e.g.</u>, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

Case No. _____
(To be supplied
by the court)

## A. PARTIES

1. Percy Howard _____ is a citizen of Connecticut _____ who
(Plaintiff)                                        (State)
presently resides at _____ Corrigan c.c _____.
(mailing address)

2. Defendant _____ John Aldi _____ is a citizen of Connecticut _____
(name of first defendant)                          (State)
whose address is 24 wolcott Hill Road, Wethersfield, CT _____,

and who is employed as _____ SRG coordinator _____.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __✓__ Yes _____ No. If your answer is "Yes," briefly explain:

while John Aldi was the SRG coordinator he misused his power under the Authority of the state

3. Defendant _L. t. Russell_ is a citizen of _Connecticut_
(name of second defendant)                                            (State)

whose address is _New Haven CC_

and who is employed as _Lieutenant_
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __✓__ Yes _____ No. If your answer is "Yes," briefly explain:

While Russell was L.t. he misused his power under the Authority of the state

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.) (See Attached)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

_____✓_____ 42 U.S.C. § 1983 (applies to state defendants)

_____ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

Plaintiffs claims for injuctive relief are Authorized by 28 U.S.C. Section 2283 & 2284 and rule 65 of the federal rules of Civil Procedure.

Parties

4. Defendant Christine Whidden is a citizen of Connecticut whose address is 24 Wolcott Hill Road, Wethersfield, CT and who is employed as Director of Security

while christine Whidden was the Director of Security she misused her power under the authority of the state.

5. Defendant Payne is a citizen of Connecticut whose address is New Haven, CT and who is employed as a c/o. While Payne was a c/o he misused his power under the authority of the state.

6. Defendant Antonio Santiago is a citizen of Connecticut whose address is 24 Wolcott Hill Road, Wethersfield, CT and who is employed as Director of Security. while Santiago was Director of security he misused his power under the authority of state.

7. Defendant Hearing officer Acevedo is a citizen of Connecticut whose address is NHCC and who is employed as a hearing officer. while hearing officer Acevedo was a hearing officer he misused his power under the authority of the state.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

My freedom of speech on social media was retaliated on by prison officials when I entered prison, I never violated a rule to be placed in the (Security Risk Group) program. My case is one of many, many cases that have to do with the wide spread corruption at the hands of prison officials. Tax payer dollars are being converted into profit because of illegal SRG designations.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.  CAUSE OF ACTION.")

**Claim I:**  Defendant Aldi violated my 1st, 8th, and 14th Amendment to the U.S. Constitution. Also, procedural and substantive due process. Wanton, reckless, malicious

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

John Aldi directly participated in the deprivation of my rights by telling his subordinates Russell and Payne to illegally designate me. As a supervisor he not only was involved, but perpetuated a policy or custom under which unconstitutional practices occurred. deliberate indifference to my rights, and negligent to my rights. Aldi retaliated on me for my speech on social media (face book) which resulted in me going to RHU without no ticket or notice of the charges against me. Because of this malice and reckless conduct I was illegally sent to the SRG program and was involved in an altercation, which could've been avoided. He is ultimately liable. Aldi's actions caused me extreme emotional distress.

3

**Claim II:** Defendant Russell violated my 1st, 8th, and 14th Amendment to the U.S. Constitution. Also, procedural and substantive due process. Wanton, reckless, malicious

Supporting Facts: Russell placed me in RHU solely because of my "free speech" on social media (Facebook) and retaliated on me for it. Moreover, Russell did not give me any ticket or notice of the charges against me, so I can collect the facts and prepare a defense. Because of this blatant, reckless, and malicious behavior I was at a severe disadvantage going to a hearing. Not to mention, I never violated a rule in the Department of Corrections to be placed in RHU. Russell's Acts are clearly fraud. He is ultimately liable. Last but not least, his corruption caused me to become involved in a physical altercation which could've been avoided. Russell's actions caused me extreme emotional ~~or distor~~ distress.

**Claim III:** Defendant Payne violated my 1st, 8th, and 14th Amendment to the U.S. Constitution. Also, procedural and substantive due process. ~~wante~~ wanton, reckless, malicious.

Supporting Facts: Payne placed me in RHU solely because of my "free speech" on social media (Facebook) and retaliated on me for it. Moreover, Payne did not give me any ticket or notice of the charges against me, so I can collect the facts and prepare a defense. Most importantly, I never violated a rule in the D.O.C. (department of corrections) to be placed in the RHU, or for a hearing to be convened. Payne's Acts were fraud. He is liable for his acts. Last but not least, his corruption caused me to become involved in a physical altercation, which could've been avoided. Payne's Actions caused me extreme emotional distress.

Claim 4: Defendant Santiago violated my 1st, 8th, And 14th Amendment to the U.S. Constitution. Also, procedural and substantive due process. Wanton, reckless, malicious.

Santiago is liable under supervisory liability because he is also aware of the legal illegal SRG designations through social Media. Santiago has been sued more than (5)five times because of his corruption. He perpetuated a policy or custom under which unconstitutional practices occurred, deliberate indifference to my rights and failure to manage his subordinates. Santiago is justifying his subordinates actions and therefore he is liable because he is in charge. His actions and therefore he is caused me extreme emotional distress. Not to mention, because of his corruption I have been involved in a physical altercation with a gang member, which could've been avoided.

Claim 5: Defendant Whidden violated my 1st, 8th, and 14th Amendment to the U.S. constitution. Also procedural and substantive due process. Wanton, reckless, and malicious.

Whidden is liable under supervisory liability because she was the Director in 2017-2018. she was also well aware of the illegal SRG designations through facebook. she perpetuated a policy or custom under which unconstitutional practices occurred, deliberate indifferent to my rights, and failure to manage her subordinates. Defendant Santiago is her successor so he simply just continued what she started. She is liable for her actions. She caused me extreme emotional distress.

Claim 6: Defendant hearing officer Acevedo violated my 1st, 8th and 14th Amendment to the U.S. constitution. Also, procedural and substantive due process. Wanton, reckless, malicious. Hearing officer Acevedo convened a hearing knowing that I never violated a rule in the D.O.C (department of corrections) and I never recieved a ticket or notice of the charges against me. This is fraud! His actions caused me to be illegally designated and sent to the SRG program. Because of his his blatant, malicious, and reckless behavior I got into a physical altercation with a gang member. He is liable for his acts. His actions caused me extreme emotional distress.

Claim 7: Life is a balance sheet and we must mark all of of our accts. payable. All of the defendants are in debt, and must pay for their actions. I cannot allow the defendants to get away with their gross violations of federal law.

<u>Statement of Facts</u>,

1. In the year of 2018 I was housed in New Haven CC as a pretrial detainee.

2. L. + Russell and c/o Payne brought me to RHU (restrictive housing unit) because of my free speech on social media (facebook).

3. The both accused me of being a member of the (Bloods).

4. I denied the allegations.

5. Both L. + Russell and Payne said that they had to affiliate me as a (Blood) because of John Aldi (SRG coordinator).

6. While in RHU I was never given a ticket nor a notice of the charges against me so I can collect the facts and prepare a defense.

7. Knowing that I did not violate a rule in the D.O.C (Department of Corrections) or recieve a ticket/notice a hearing was convened which is fraud.

8. I attended a hearing at a severe disadvantage due to lack of notice. I never had a fair shot, and that violated due process.

9. At my hearing, hearing officer Acevedo with the glasses told me I cannot beat my affiliation.

10. I was affiliated as a member of the (Bloods) on 5-3-18.

11. I was angry and very depressed.

12. I then bonded out and went home on 8-16-18.

13. There are many, many lawsuits pertaining to illegal SRG (Security Risk Group) designations.

14. So far one case has settled out pertaining pertaining to facebook. See Ticey Hayes v. A. Santiago No: 3.18-cv-01758 (JAM)

15. These illegal SRG designations are simply all about the money.

16. Designate inmates by any means necessary to ensure that funding is constant.

17. Christine Whidden, A. Santiago, & John Aldi are the masterminds behind these illegal SRG designations and its unfortunate that their subordinates are the "fall guys" and are taking the hit.

18. The defendants outright violated my federal rights guaranteed to me by my forefathers.

19. The curruption surrounding this SRG "program" is widespread.

20. L.T. Russell, Payne, A. Santiago, and Aldi have been sued time and time again because of their gross & malicious violations of the constitution.

21. When I came back to prison again I was placed in RHU pending transfer to administrative segregation phase 3 of the SRG program.

22. I was not given a 90 day review in accordance with Administrative Directive 6.14 Security Risk Groups when I came to prison again.

23. I never recieved any individualized Assessment to see if I pose a threat to safety and security. See Almighty Supreme Born Allah v. milling. 876 F.3d 4855 (2d Cv. 20117)

24. This is a blatant violation of due process.

25. It is imperitive that I expose this illegal scheme and assert my rights.

26. Since coming back to prison on 10-6-18, I got into a physical altercation in the SRG program with a (Blood) on 6-30-19 which could have been prevented if I was not there.

27. Because I'm here in the SRG program illegally prison officials failed to protect me and exposed me to this dangerous atmosphere.

28. All in all, the defendants must be held ~~Aco~~ Accountable for their actions.

29. Mental health has not adequately helped me with my state or condition since being incarcerated. While I was home I was attending family intervention and was prescribed medication that I did not recieve while here in prison to help with losing sleep, hearing voices, and suffering from high ~~Axiety~~ Anxiety and depression which in turn the mental Anguish that I've been going through has only made me worse most of the time,



## Security Risk Group
## Member Determination
### Connecticut Department of Correction

CN 61402/1
REV 6/7/2013

| Inmate name:  Howard, Percy | Inmate number:  306662 |
|---|---|

| Alias(es): ▮ | Date of birth:  05/03/1981 |
|---|---|

| Facility: New Haven C.C.C. | SRG affiliation: ▮ |
|---|---|

Designation for:      ☒  SRG member

### SECTION 1:  MEMBER ACTIVITIES (attach all supporting documentation)

Current group involvement/activities:

This hearing is scheduled based on the following (brief synopsis of evidence):  The New Haven C.C Intelligence unit gathered information from the public Facebook page of inmate Howard, Percy #306662 that show identifiers associated with the security risk group ▮ Inmate Howard uses the name Percy Howard on Facebook. On April 18, 2018 inmate Howard comments on an associates and posts "Big B's". Inmate Howard posted on another associates page "He Kool as hell u could've stayed ▮ tho!". Inmate Howard uses emoji hand signs that resemble hand signs associated with the ▮ and also shows letter replacement in social media posts replacing the letter C in words such as cuz and crazy spelling them Kuz and brazy. Please see evidence photo package for all supporting evidence. The New Haven C.C. Intelligence unit conducted an interview with inmate Howard and at that time he stated "I am not a ▮ I have no idea who posted that stuff on my Facebook account or used my screen name".

Past involvement:  N/A

Specific behaviors/actions that indicate membership and/or that the inmate is a threat to safety and security:

| The director of security or designee shall be notified prior to the hearing date. | Date notified:   04/30/2018 |
|---|---|

### SECTION 2:  INMATE WITNESS REQUEST

| Witness name: N/A | Inmate number: N/A |
|---|---|
| Nature of testimony: N/A | |

| Witness name: N/A | Inmate number: N/A |
|---|---|
| Nature of testimony: N/A | |

| Witness name: N/A | Inmate number: N/A |
|---|---|
| Nature of testimony: N/A | |

Inmate declined to present witness(es):   ☒ Yes   ☐ No          PH

| Advocate choice(s):    1.    N/A | ☒ Declined advocate |
|---|---|
| 2.    N/A | PH |
| 3.    N/A | |

| Reviewer signature:  Payne | Date: 04/30/2018 |
|---|---|

Apr. 30. 2018  2:04PM                                          No. 3636   P. 1



# Security Risk Group Member
# Hearing Notification - Security Division
## Connecticut Department of Correction

CN 61406
REV 10/8/13

**To:**  Security Division Intelligence Unit

████████████

**From:**  NHCCC Intelligence Unit                    ██████████████

**Date:**  04/30/2018

**Subject:**  Security Risk Group Hearing Notification

| Inmate name: Howard, Percy | Inmate number: 308662 |
|---|---|

Facility: New Haven C.C.C.

A Security Risk Group Member hearing has been scheduled for: Wednesday May 2, 2018.

The hearing will be conducted in order to determine if the above listed inmate will be designated as a Security

Risk Group Member affiliated with  ████████

This hearing is scheduled based on the following (brief synopsis of evidence):  The New Haven C.C Intelligence unit gathered information from the public Facebook page of inmate Howard, Percy #308662 that show identifiers associated with the security risk group ████████ Inmate Howard uses the name Percy Howard on Facebook. On April 18, 2018 inmate Howard comments on an associates and posts "Big B's". Inmate Howard posted on another associates page "He Kool as hell u could've stayed ████ tho!". Inmate Howard uses emoji hand signs that resemble hand signs associated with the ██████ and also shows letter replacement in social media posts replacing the letter C in words such as cuz and crazy spelling them Kuz and brazy. Please see evidence photo package for all supporting evidence. The New Haven C.C. Intelligence unit conducted an interview with inmate Howard and at that time he stated "I am not a ████ have no idea who posted that stuff on my Facebook account or used my screen name".

Security Division referral:

| ☑ Proceed with process | Reviewer's signature: ████████ | Date: 4/30/18 |
|---|---|---|
| Recommend Placement in Phase: | 3 three | |
| ☐ Start tracking file | Reviewer's signature: | Date: |



# Security Risk Group Member
## Notification of Decision
### Connecticut Department of Correction

CN 61404
REV 6/7/2013

| Inmate name: Howard, Percy | Inmate number: 306662 |
|---|---|

| Facility: New Haven C.C.C. | Date: 5/3/18 |
|---|---|

This form notifies you that as a result of a hearing held on (indicate hearing date): 5/3/18

☒ You have been designated as a: ▉▉▉▉

☒ Security Risk Group Member.

You now are subject to all the conditions listed in Administrative Directive 6.14, Security Risk Groups and may not earn Risk Reduction Earned Credits in accordance with Administrative Directive 4.2A

*You may appeal this designation to the District Administrator within 15 days of the receipt of this notification in accordance with Administrative Directive 9.6, Inmate Administrative Remedies.*

☐ You <u>have not</u> been designated as a Security Risk Group Member.

| Inmate signature: | Date: 5-3-18 |
|---|---|
| Staff witness signature: | Date: 5/7/18 |

Staff witness shall indicate if inmate refuses to sign

cc:
Director of Security
Unit Administrator
Director of Offender Classification and Population Management
inmate master file
inmate srg file
inmate

# Incident Report – Page 1
## Connecticut Department of Correction

CN 6601/1
REV 7/20/15

☒ Facility/Unit: New Haven C.C.C  ☐ Parole Office/Unit:

| Date: 4/30/2018 | Time: 12:30 ☐ am ☒ pm | Report Number: NHCC-2018-04- |
| --- | --- | --- |

| Incident Class: ☐ 1 ☐ 2 ☒ 3 | Type: J | Incident Location: Intelligence Office |
| --- | --- | --- |

| Prepared By: ▮▮▮ Payne | Title: Correction Officer |
| --- | --- |

| Inmate Name (Last & First) | ID Number | Race | Housing | Status | Staff Name (Last & First) | Race | Title | Status |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Howard, Percy | 306662 | B | S-22 | S | Payne, ▮▮▮ | W | C/O | RPE |
| | | | | | Russell, ▮▮▮ | B | LT. | RS |
| | | | | | Dawson ▮▮▮ | B | C/O | RSE |
| | | | | | Murray, ▮▮▮ | B | C/O | RSE |
| | | | | | Henderson, ▮▮▮ | W | R.N. | RSE |
| | | | | | | | | |
| | | | | | | | | |

### Status and Race Codes
V (Victim), S (Suspect), RPE (Reporting Employee), IW (Inmate Witness), EW (Employee Witness), RSE (Responding Employee), RS (Responding Supervisor)
A (Asian), B (Black), H (Hispanic), N (Native American), W (White), O (Other)

Narrative: The New Haven C.C Intelligence unit gathered information from the public Facebook page of inmate Howard, Percy #306662 that show identifiers associated with the security risk group ▮▮▮ Inmate Howard uses the name Percy ▮▮▮ Howard on Facebook. On April 18, 2018 inmate Howard comments on an associates and posts "Big B's". Inmate Howard posted on another associates page "He Kool as hell u could've stayed ▮▮▮ tho!". Inmate Howard uses emoji hand signs that resemble hand signs associated with the ▮▮▮ and also shows letter replacement in social media posts replacing the letter C in words such as cuz and crazy spelling them Kuz and brazy. Please see evidence photo package for all supporting evidence. The New Haven C.C. Intelligence unit conducted an interview with inmate Howard and at that time he stated "I am not a ▮▮▮ I have no idea who posted that stuff on my Facebook account or used my screen name". I, Officer Payne escorted inmate Howard to the A/P room to conduct a restrictive housing strip search of Inmate Howard. This strip search concluded with negative findings and was assisted by Officer Dawson. Inmate Howard was issued a red jumpsuit and I placed handcuffs on inmate Howard. Inmate Howard was evaluated and cleared for restrictive housing by medical while in the A/P room. Under the direction of Lieutenant Russell, I secured the right side of inmate Howard and assisted Officer Dawson with escorting inmate Howard from the A/P room to Foxtrot center 6 cell pending a hearing for SRG affiliation. I removed the handcuffs from inmate Howard while in the cell and Inmate Howard was secured without incident. I reported back to Sierra unit 22 cell to pack and inventory the property of inmate Howard. Inmate Howard signed for the property inventoried.

| Reporting Employee Signature: Payne  *(signature)* | Title: Correction Officer |
| --- | --- |

| Report Date: 04/30/2018 | Report Time: 1:30 ☐ am ☒ pm | Type: ☒ Individual ☐ Summary |
| --- | --- | --- |

### FOLLOW-UP

Property damage: ☐ yes ☐ no  - Description: | Value $:

Contraband recovered: ☐ yes ☐ no  - Description:

Physical force used: ☐ yes ☐ no | Chemical agents used: ☐ yes ☐ no | Restraints used: ☐ yes ☐ no

Assigned to:
☐ Administrative Detention   ☐ Medical   ☐ Staggered Observation
☐ Protective Custody   ☐ Outside hospital: _____
☐ Other: _____



# Security Risk Group
# Member Determination
### Connecticut Department of Correction

CN 61402/2
REV 6/7/2013

## SECTION 3: HEARING SUMMARY

| Inmate name: Howard, Percy | Inmate number: 306662 |
|---|---|

| Date: 5/3/18 | Time: 9:44 | ☒ am  ☐ pm |
|---|---|---|

Hearing officer: Lt. Eberle

| ☐ Advocate requested | ☒ Advocate not requested | ☐ Advocate not requested, but assigned |
|---|---|---|

| Advocate name: | Title: |
|---|---|

Inmate testimony: Inmate Howard admitted at hearing that he has been hanging with the ▮▮▮▮ for a little while because his family and friends were in. He claimed that he is not a ▮▮▮▮ but has over 2000 friends on social media of which some are ▮▮▮▮

Witness testimony: The NHCC intelligence unit submitted copies of numerous posts from Inmate Howards social media account of which shows him commenting using "K"s in place of "C"s.

Assessment of current group involvement/activities: Inmate Howard recently had been posting ▮▮▮▮ identifiers on social media such as letter replacement and pictures with a red bandana.

Assessment of past group involvement/activities: No prior CT DOC SRG designations.

Assessment of potential continued/future group involvement: Inmate Howard's blatant representation on social media show a strong loyalty to the ▮▮▮▮ which poses a serious threat to the safety and security of the CT DOC.

Conclusions: Inmate Howard is designated by the DHO as a SRG ▮▮▮▮ n accordance with AD 6.14 on 5/3/18.

| ☒ Designated a SRG member | ☐ Not designated as a SRG member |
|---|---|

| Hearing officer signature: G. Ebl | Date: 5/3/18 |
|---|---|
| Inmate signature: | Date: 5/3/18 |

cc: Director of Security Division; Unit Administrator; inmate srg file.



# Security Risk Group Membership Hearing Notification
## Connecticut Department of Correction

CN 61401
REV 6/7/13

| Inmate name: | **Howard, Percy** | Inmate number: | **306662** |
|---|---|---|---|

This form shall serve as notification to you that a hearing shall be held on: **Wednesday May 2, 2018**

to determine your status as a Security Risk Group Member with the following group:

███████████████████████████████████████████

This hearing was initiated by:

☐ Periodic review of your current classified status as a security risk group member; or,

☐ Classification review or disciplinary report charging you with the violation of "Security Risk Group Affiliation" for one or more of the following validation factors:

☐ Self-admission                     ☐ Information from internal investigation

☐ Security risk group picture        ☐ Inmate correspondence or outside contact

☐ Identified security risk group tattoo     ☐ Information from outside law enforcement agency

☐ Information from confidential informant    ☐ Information from telephone and/or mail monitoring

☐ Possession of security group material (e.g., clothing, colors, literature, etc.)

☒ Known hand signs, colors, graffiti, and/or articles that can be attributed to the group

☐ Other information and/or evidence that reasonably can be attributed to the security risk group

If you are determined to be, or continue to be a Security Risk Group Member, in addition to any sanctions imposed from a disciplinary hearing, you shall be subject to the sanctions and conditions listed in Administrative Directive 6.14, Security Risk Groups and may not earn Risk Reduction Earned Credit in accordance with Administrative Directive 4.2A.

The hearing shall be conducted by a hearing officer and will be heard in conjunction with any disciplinary hearing involving the offense of "security risk group affiliation," when applicable. The hearing shall use the same due process procedure listed in Administrative Directive 9.5, Code of Penal Discipline, regarding notification of hearing, representation by an advocate, witnesses, staff and/or inmate, hearing and appeal.

I have received and understand the above notice of hearing as indicated by my signature below.

| Inmate signature: | *[signature]* | Date: | *4/30/18* |
|---|---|---|---|
| Staff witness signature: | *[signature]* | Date: | *4/30/18* |

Staff witness shall indicate if inmate refuses to sign notice.

cc: Director of Security, Unit Administrator, inmate master file, inmate srg file



**Inmate Request Form**
Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Percy Howard

Inmate number: 306662

Facility/Unit: Corrigan

Housing unit: B 223

Date: 11-12-18

Submitted to: Mental Health

Request: Please can I get seen soon for therapy I been just going through alot and feel like I need to talk about things weekly please can you help me

Thank You
&
God Bless

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

You've been added to the list to be seen
[signature] LPC 11/13/18

continue on back if necessary

Staff signature:

Date:

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Riley Howard

Inmate number: 306602

Facility/Unit: Corrigan CI

Housing unit: B-223

Date: 11-25-18

Submitted to: Mental Health

Request: I put in to see Mental Health, personal a few times a since I been I a seen them once I was under the impression I was going to get therapy for my condition. it's getting harder & harder for me to sleep under so much stress & depression the voices are getting harder & the visions are it it's all the time high. I'm going through a really ruff time in court & my parents are going through a lot of health issues, more than one can muster & need some help coping I'm not sure in what's going on with me please can you call me for therapy it's well needed.

Thank You
&
GoD Bless

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): J Brennan

Title: LCSW

Action taken and/or response:

1) You last wrote on 10/30/18 and were seen on 10/31/18. You are a MH2, which means you need to write whenever you want to be seen.

2)        Referred

*continue on back if necessary*

Staff signature: [signature]

Date: 11/26/18

Perry Howard

Mental Health

B 224
1-16-19

Can I please be seen for my condition I wrote some time ago. I was seen and was told I was going to be seen on monthly status and 2 months passed and I haven't been seen yet. I'm being patient but I also have a serious condition that needs to be helped. Can I please be seen I have been diagnosed with PTSD, high anxiety, and depression so to be honest my life is like a roller coaster of different feelings all the time. one minute I'm happy the next I feel like I'm really sad & depressed I'm living. I was going to a family interventionist when I was out and not only was I getting treated for my condition but he also told me I had traces of bipolarism. All I'm trying to do is get the best help for me possible so one day I don't have a episode or anything I can't handle.

seen 1/23/19

Mental health

1-29-19

I'm writing in regards of my mental health score & status. As of late I've been seen and with no disrespect to anyone its honestly not working out for me I'm actually doing better on my own so if its not to much to ask can my scores get lowered so it don't interfere with where I go upon completing this program or my level dropping & me getting transferred in general. All is well thank you for your efforts Everything was appreciated. Can you please let me know with a confirmation that my Mental health and Medical score is Back at a 2 if not lower.

Thank you & God bless

1/31/19

You are a MH2. That's the lowest you can be.

J Brennan RN

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Percy Howard

Inmate number: 406663

Facility/Unit: CRCC

Housing unit: B-223

Date: 10/24/18

Submitted to: Mental Health

Request: Please can you tell me down to talk I haven't
been feeling like myself and its gotten really weird
like seeing and hearing things and I'm starting to see
things in the dark it's hard for me to sleep I barely
get any I stay up all night and sleep very little in the
day I was taking trazadone to sleep in the world
I feel like I'm getting worse I smoke PCP in the
streets maybe it's catching up to me in here

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): J. Brennan

Title: LW

Action taken and/or response:

*write to Dr. Yesu*

Yes! You are absolutely correct! Chronic PCP use causes
hallucinations, hearing voices, seeing things. It also causes
long term insomnia. The only real treatment is clean
time. We would not prescribe Trazadone for this.
    However, if you would simply like therapy, please
write back.

*continue on back if necessary*

Staff signature: JB

Date: 10/26/18

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Percy Howard

Inmate number: 306662

Facility/Unit: Corrigan CI

Housing unit: B#224

Date: 3-10-19

Submitted to: Dr Yesu

Request: psychiatrist Please can I be seen to get evaluated for my medications I was taking from the world. I've been Diagnosed with PTSD, High Anxiety Anxiety, & Depression with traces of Bi polarism to help with this issue will be highly appreciated

Thank you
God Bless

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): J Brennan

Title: RN

Action taken and/or response:

Will have you meet with your case worker who you told on 1/23/19 that you wanted your MH level dropped.

*continue on back if necessary*

Staff signature: JB

Date: 3/12/19

## Inmate Request Form
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Percy Howard

Inmate number: 306662

Facility/Unit: Corrigan CI

Housing unit: 3# 223

Date: 10/30/18

Submitted to: Mental Health,

Request: yes please can I under go therepy I've been hearing voices & seeing abnormal things ever since I was young (pni) my brother passed away thats is part of the reason why I self medicate but it got worse over time

Thank you
&
God Bless

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): J Brennan

Title: LW

Action taken and/or response:

Refered

*continue on back if necessary*

Staff signature: [signature]

Date: 11/1/18

## Inmate Request Form
### Connecticut Department of Correction

SEP 2 9 2019

CN 9601
REV 1/31/09

Inmate name: PERCY HOWARD

Inmate number: 306662

Facility/Unit: Corrigan CC

Housing unit: E-121

Date: 9-29-19

Submitted to: Mental Health/Yesu

Request: I spoke to Dr. Yesu about seeing some one due to my condition and was never seen. I stopped seeing mental health some time ago thinking I can deal with my issues and it seems that they didn't change I've just been copeing. Not only am I having trouble sleeping but I still hear & sometimes see things and being in this place seems to make it worse. help with this issue will be highly appreciated

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): J Brennan

Title: RN

Action taken and/or response:

Referred

*continue on back if necessary*

Staff signature:

Date: 9/30/19

## Inmate Request Form
### Connecticut Department of Correction

OCT 01 2019

CN 9601
REV 1/31/09

Inmate name: Percy Howard

Inmate number: 306667

Facility/Unit: Corrigan CC

Housing unit: E-121

Date: 10-1-19

Submitted to: Mental health

Request: please can I get seen by mental health for sessions

Thank you

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): J Brennan

Title: RN

Action taken and/or response:

Referred

continue on back if necessary

Staff signature:

Date: 10/2/19

To whom It may Concern,

I am writing on behalf of a MR. Percy Howard in regards of his mental State for his civil suit. I have been in the cell with him for over (2) two months & have witness on several occassions him having nightmares of screaming & throwing his legs & arms which woke me up. After telling him this he open up to me & said he has PTSD & other mental health issues he has been dealing with for a while now & was on medications out in the streets. He showed me alot of requests he sent to Mental Health & they really didn't respond back to him regarding his mental State or his medication. There has been times he shuts down in the cell & just sleeps the day away. These are just some things I wanted to varify regarding his mental Health issues. I swear under oath everything in my statement tells the Truth to the best of my abilities.

Respectfully Submitted: MR. Peter Gilhooly

mr. Peter Gilhooly

AS SWORN this 27th day of Sept 2019.

NOTARY PUBLIC
MICHAEL T. LYLE
My Commission Expires 10/31/2023

Notary

Atypical & Significant
Hardship At phase 3

1. Program consists of 5 phases.
2. All inmates in the SRG program are disqualified from recieving good time, parole, halfway house, Transitional Supervision or re-entry programs.
3. I am doing hard time.
4. I'm Allowed (3) phone calls a day, while general population inmates recieve (6) phone calls.
5. Social contact through the door is strictly prohibited, and there is no programs.
6. I can only order $40 in commissary, while general population spends $75 a week and $150 on holidays.
7. Only immediate family can visit me, while general population can have anyone see them.
8. I do not have access to congregate religious services, while general pop. can have service together in unity.
9. I must wear a white jump suit to differentiate myself from general pop.
10. I must brush my teeth with a toothbrush the size of a pinkie finger. General pop. utilizes standard size toothbrushes.
11. I must utilize security pens to write the size of a middle finger, while general pop. utilizes standard size pens.
12. I do not have access to a toilet brush to clean the fecal matter in my toilet that I share with another inmate.
13. I am not allowed to purchase a hot pot to warm my food up, while general pop. can have hot pots in their cells.
14. I do not have access to a library to obtain or read books, while general pop. has access to the library.
15. I am in my cell 22 hrs and 1/2 for rec, However most of the time I only recieve 45 mins. Even though inmates are entitled to 1 hr of rec daily.
16. Pretrial detainees and convicts are being punished in these types of settings, I am also being housed with pretrial detainees.
17. The rules are draconian and don't have nothing to do with a security threat.
18. This is pure evil especially that I'm here illegally.
19. I do not deserve this punishment- I didn't do anything!
20. In order to prove Due process I must prove that I had a liberty "Interest" and whether the procedures followed by the state were constitutional.
21. I have shown a typical & significant hardship as my liberty interest, also I have been in the SRG program well over 101 days to trigger a liberty interest.

22. In 2018 I never committed the prior act infractions against me. In addition, I never violated a rule in the D.O.C. (department of correction), to get sent to RHU Arbitrarily. This is fraud & corruption.

23. In conclusion, the procedures were not followed by the state simply because I never recieved Advance written notice of the charges against me, and I was only exercising my speech on social media.

24. I am diagnosed with P.T.S.D., Depression, & high Anxiety And being housed in solitary confinement only worsens my mental state.

25. Since entering prison I havent recieved any of my ~~medica~~ mental health meds. that I took in the streets.

26. The mental health care is inadequate at Corrigan CC.

27. I've been losing sleep, hearing voices, and suffering from severe depression.

28. Since being housed in this facility, in this program I've gotten into an physical altercation that in turn hieghtened my diagnosed condition causing timely suffer sleep wise and nervousness in my every day life. Adding to my depression & Anxiety.

# CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: PERCY HOWARD

Inmate number: 306662

Housing: E-121

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

On 8-26-19 I wrote to L.t. or captain Michaud about my SRG
designation and he never responded. See Attached request.
I was illegally sent to RHU in 2018 for social media activities.
I never violated a prison rule so that I can be put in administrative
seg. My freedom of speech and due process was violated. Moreover,
I do not have a ticket in my history.

Resolution - I would like to be placed in general population.

Inmate signature: *Percy Howard*

Date: 9-15-19

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received RECEIVED OCT 01 2019 GP #:

T#:

Disposition: Rejected

Date of Disposition: 10/4/19

Reason: As per A.D. 9.6 Inmate Administrative Remedies section 9: Appeal of a Security Risk Group Member Designation: An **initial** Security Risk Group Member designation may be appealed by completing and depositing CN9602, Inmate Administrative Remedy Form, in the Administrative Remedies box within 15 calendar days of the notice of designation.   You were designated as a Blood on 5/7/2018.  Your SRG Appeal was received by the ARC at Corrigan-Radgowski on 9/18/19, well beyond the time frame as set forth in the above directive.  For this, your SRG Appeal is rejected and not subject to further review.

☐ You have exhausted DOC's Administrative Remedies.

☐ This matter may be appealed to:

Signature:

Date: 10/4/19



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Percy Howard

Inmate number: 306662

Facility/Unit: Corrigan CI

Housing unit: E-121

Date: 8-26-19

Submitted to: Capt. Michaud

Request: I am writing you concerning my SRG designation. I was affiliated as a (Blood) in the year 2018 through my Facebook page. My freedom of speech and due process was violated. I never recieved a ticket so that I can collect the facts and prepare a defense in accordance with due process. Also, I never violated a rule inside of D.O.C to be brought to Segregation. I would like to be placed in general population. Thank you for your time. I hope to hear from you soon

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):                     Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:                               Date:

# CONFIDENTIAL
### (FOR OFFICIAL USE ONLY)

Inmate name: Percy Howard

Inmate number: 306662

Housing: E-121

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT

I wrote to both of these people via inmate request forms & was told to put them in the U.S. mail & they would still get to them. I wrote back on 8/29/19 to both SRG Coordinator (Papoosha) & Director of Security (Christine Whidden, Antonio Santiago) & still haven't recieved nothing back. I have given them both ample opportunity & enough business days to respond & still nothing. To resolve this important matter I would like to be placed in General population as soon as possible. Thank you for your help!

Inmate signature: Percy Howard

Date: 10-7-19

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received:

IGP #:

T#:

Disposition: RWD 109

Date of Disposition:

Reason:

See attached CN 9606.

☐ You have exhausted DOC's Administrative Remedies.

☐ This matter may be appealed to:

Signature:

Date:



# Grievance Returned Without Disposition
## Connecticut Department of Correction

CN 9606
REV 1/31/09

| Inmate name: Howard, Percy | Inmate number: 306662 |
|---|---|

| Facility/Unit:   CRCC | Housing unit: E121 | Date:   10/10/19 |
|---|---|---|

Return log number:     RWD 109

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

In accordance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 6(E), a grievance may be **Returned Without Disposition** to the inmate for the following reasons:

1. ☒ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance. The inmate shall attach CN 9601, Inmate Request Form, containing the employee's response, or explain why it is not attached (see comments below).

2. ☐ A grievance must be filed on CN 9602, Inmate Administrative Remedy Form.

3. ☒ Each grievable matter shall be submitted on a separate CN 9602, Inmate Administrative Remedy Form.

4. ☐ The grievance and the action requested should be stated simply and coherently.

5. ☐ The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐ The grievance must be free of obscene or vulgar language or content.

Comments:

Write to the unit manager

**You may resubmit your grievance when it is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies.**

| Administrative Remedies Coordinator:   King | Date:   10/10/19 |
|---|---|

## E.  PREVIOUS LAWSUITS

1.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? ____Yes __✓__No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.  PREVIOUS LAWSUITS.")

   a.  Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

   b.  Name and location of court and docket number_____

   c.  Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed?  Is it still pending?)
_____

   d.  Issues raised: _____

_____

   e.  Approximate date of filing lawsuit:_____

   f.  Approximate date of disposition: _____

2.  If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them.  (If you need additional space, use a blank sheet which you should label "E.  PREVIOUS LAWSUITS.")

_____

_____

_____

_____

_____

_____

5

## F. REQUEST FOR RELIEF

I request the following relief:

See Attached

## G. JURY DEMAND

Do you wish to have a jury trial?  Yes  __√__          No  _____

_____          _Percy Howard_____
Original signature of attorney (if any)          **Plaintiff's Original Signature**

_____          _Percy Howard_____
Printed Name_____          Printed Name

_____

_____

( )                              ( )
Attorney's full address and telephone          Plaintiff's full address and telephone

_____          _____
Email address if available          Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
                        (location)                              (date)    _Percy Howard_____
_____
                                                **Plaintiff's Original Signature**

(Rev. 9/22/09)

## Prayer for Relief

Wherefore, plaintiff respectfully pray that this court enter judgment:

1. Granting Plaintiff a declaration that the acts and omissions described here in violate his rights under the constitution and laws of the United States.

2. Granting Plaintiff compensatory damages in the amount of $45,000 against each defendant, jointly and severally.

3. Granting Plaintiff punitive damages in the amount of $50,000 against each defendant, jointly and severally.

4. Plaintiff also seeks an ~~injunction~~ injunction ordering Antonio Santiago to place me back to general population.

5. Plaintiff also seeks recovery of their costs in this suit, and

6. Any additional relief this court deems just, proper, and equitable.